MORGAN A. WHITE, Respondent, *v.* THE DELAWARE, LACKA-WANNA AND WESTERN RAILROAD COMPANY, Appellant.

Where, on a verdict for the plaintiff at circuit, the defendant moved for a new trial at Special Term of the Supreme Court, which was denied, and on appeal from that order to the General Term, it was affirmed and the judgment then entered on the verdict, an appeal will not lie from such judgment to this court. Such judgment is not an actual determination made at a General Term of the Supreme Court.

(Submitted October 9th, 1869, and decided December 22d, 1869.)

APPEAL from judgment entered in Tioga county, in favor of the respondent against the appellant, for $1,272.47, for destruction of lumber of the plaintiff by fire, alleged to have been kindled by defendant's negligence.

The cause was tried at the Tioga Circuit, and a verdict rendered for the plaintiff. The defendant moved for a new trial at Special Term, which was denied. The defendant then

appealed from that order to the General Term of the Supreme Court, in the seventh district, where the order denying a new trial was affirmed. Judgment was then entered on the verdict, from which the defendant appealed directly to this court.

PER CURIAM. This appeal must be dismissed. The judgment is a judgment entered upon the determination of the Special Term. It is not a General Term judgment.

Appeal dismissed.

*Dana, Beers and Howard*, for appellants.

*George Sidney Camp*, for respondent.